```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant WILLIAM JAMES KENNEDY
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>        Plaintiff,                   )<br>                                     )<br>                                     )<br>vs.                                  )<br>                                     )<br>WILLIAM JAMES KENNEDY                )<br>                                     )<br>                                     )<br>        Defendant.                   )<br>_____) | CASE NO. 1:12-CR-350 AWI BAM<br><br>STIPULATION REGARDING TRAVEL RESTRICTION AND<br>ORDER THEREON |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that Defendant WILLIAM JAMES KENNEDY be allowed to travel over the Christmas Holiday to visit his step mother, Clara Abernathy who lives in Vail, Arizona from Sunday December 23, 2012 to January 2, 2013.

Good cause exists to grant this request because Mr. Kennedy's supervising pretrial service officer in the San Francisco office, Ms. Amaillas Gonzales has approved the request.

///

---

```
                                    FLETCHER & FOGDERUDE, INC.


                                       /s/ Eric K Fogderude
Dated: December 5, 2012         _____
                                Eric K Fogderude, Attorney for
                                Defendant, WILLIAM JAMES KENNEDY



                                UNITED STATES ATTORNEY'S OFFICE

                                      /s/ Mark C. McKeon
Dated: December 5, 2012         _____
                                Mark C. McKeon
                                Assistant U.S. Attorney
```

ORDER

IT IS SO ORDERED that the existing travel order restrictions are modified to allow Mr. William James Kennedy to travel to visit Clara Abernathy in Vail, Arizona from Sunday, December 23, 2012 to January 2, 2013.

IT IS SO ORDERED.

Dated: **December 6, 2012**          **/s/ Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE