Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,   WILLIAM JAMES KENNEDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>WILLIAM JAMES KENNEDY,<br><br>         Defendant. | No.  1:12-CR-00350 AWI- BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |

STIPULATION

It is hereby stipulated by and between the parties hereto that the Order of Release dated October 24, 2012, be modified to delete as conditions of release that Priscilla Cruz serve as a third party custodian and that the defendant participate in mental health counseling.

Good Cause exists for the granting of the requested modification as follows:

William James Kennedy is charged by Indictment with making and subscribing a false income tax return, as well as, false claims and aiding and abetting.

On October 24, 2012, Mr. Kennedy appeared in the Northern District of California and was ordered released on a  $ 25,000 appearance bond with Pretrial Services supervision.  His conditions included third party courtesy supervision for the Eastern District of California.

In April of 2014, the defendant moved from Discovery Bay, California, to Tracy, California.  When that occurred, Pretrial Services in the Sacramento division began providing courtesy supervision for the Pretrial Services office in Fresno, California.  At the onset, the Sacramento office learned the defendant had recently ended his relationship with his girlfriend, Priscilla Cruz.  Mr. Kennedy and his former girlfriend live an hour away from each other now, and the defendant no longer has contact with his third party custodian.

The defendant has recently been diagnosed with the early onset of dementia by the V.A. Hospital where he receives medical care.  This physiological condition and its related symptoms are being well treated and cared for by the V.A. Hospital and therefore, there is no need for the defendant to receive mental health counseling.

After staffing this issue, Pretrial Services from both offices believe the third party custodian condition and mental health counseling are no longer necessary and these conditions should be removed, with all other conditions of release remaining in full force and effect.

DATED:  August 6, 2014          FLETCHER & FOGDERUDE, INC.


 /s/ Eric K. Fogderude                              .
ERIC K. FOGDERUDE
Attorney for Defendant, WILLIAM JAMES KENNEDY


DATED:  August 7, 2014          UNITED STATES ATTORNEY'S OFFICE


 /s/ Mark C. McKeon_____
Mark C. McKeon
Assistant US Attorney

**ORDER**

IT IS SO ORDERED that the existing release order be modified to delete as conditions of release that Priscilla Cruz serve as a third party custodian and that the defendant participate in mental health counseling, with all other conditions of release to remain in full force and effect. IT IS SO ORDERED.

Dated: **August 7, 2014**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE