Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant,   WILLIAM JAMES KENNEDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JAMES KENNEDY,<br><br>　　　　　　　　Defendant. | No.  1:12-CR-00350 AWI- BAM<br><br>**STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER THEREON** |
|---|---|

STIPULATION

　　　　It is hereby stipulated by and between the parties hereto that a Change of Plea hearing be scheduled for September 15, 2014 at 10:00 a.m..

DATED: September 4, 2014　　　FLETCHER & FOGDERUDE, INC.


　　　　　　　　　　　　　　　　　 /s/ Eric K. Fogderude                     .
　　　　　　　　　　　　　　　　ERIC K. FOGDERUDE
　　　　　　　　　　　　　　　　Attorney for Defendant, WILLIAM JAMES KENNEDY


DATED: September 4, 2014　　　UNITED STATES ATTORNEY'S OFFICE


　　　　　　　　　　　　　　　　 /s/ Mark C. McKeon                          
　　　　　　　　　　　　　　　　Mark C. McKeon,  Assistant US Attorney

1

**ORDER**

IT IS SO ORDERED that a Change of Plea hearing be scheduled for September 15, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 5, 2014

_____
SENIOR DISTRICT JUDGE